STATE OF NEW JERSEY v. EARL HALL.

June 10, 1981.

Petition for certification denied.

STATE OF NEW JERSEY v. WARREN KING.

June 10, 1981.

Petition for certification denied.

KINSLEY'S LANDFILL, INC. v. JOHN J. DEGNAN.

June 10, 1981.

Petition for certification denied.

KINSLEY'S LANDFILL, INC. v. JOHN J. DEGNAN.

June 10, 1981.

Cross-petition for certification denied.